**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CENTRAL TRANSPORT
INTERNATIONAL, INC.**, a Michigan
corporation,

    **Plaintiff,**

v.                                             Case No.  8:05-cv-2225-T-30MSS

**MARZ DISTRIBUTION, L.C.**, a Florida
limited liability company,

    **Defendant.**

_____/

## **ORDER**

        THIS CAUSE comes before the Court upon Plaintiff Central Transportation International, Inc.'s Motion for Default Final Judgment against Defendant Marz Distribution, L.C. (Dkt. 20).  The Court finds that Defendant was served with the Summons and Complaint, and that in excess of twenty (20) days have passed.  The Clerk has entered a default as to Defendant (Dkt. 18).

        Further, the Court finds that Defendant has failed to answer, respond or appear and therefore, this Court renders Judgment by default in favor of Plaintiff and against Defendant.

        It is therefore ORDERED AND ADJUDGED that:

    1.    Plaintiff Central Transportation International, Inc.'s Motion for Default Final Judgment against Defendant Marz Distribution, L.C. (Dkt. 20) is **GRANTED**.

2. Judgment is rendered against Defendant Marz Distribution, Inc. and in favor of Plaintiff Central Transport International, Inc. as follows:

   A. Judgment in favor of Plaintiff on its claim for the principal amount of $97,969.11; and

   B. Defendant shall be responsible for the taxable costs of this action.

3. The clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $97,969.11.

4. All pending motions are denied as moot.

5. The clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2225 - Motion for Default Final Judgment.frm